# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Laura's Boutique, Inc., a California Corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01582-WBS-EFB<br><br>Order Re: Stipulation to Extend Time to Respond to Initial Complaint By More Than 28 Days |

Upon review of the Stipulation to Extend Time to Respond to Initial Complaint by More Than 30 Days, where upon parties wish to stipulate to move Defendant Laura's Boutique, Inc.'s responsive date to the Complaint 28 days from October 24, 2019 to November 21, 2019 for the purposes of reducing fees and costs while the parties are in on-going settlement discussions.

IT IS HEREBY ORDERED that the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days is hereby GRANTED and Defendant Laura's Boutique, Inc.'s new responsive date to the initial Complaint is November 21, 2019.

Dated: October 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE